EXHIBIT E

**PENAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 07-02581-rdd

*Assigned to:* Judge Robert D. Drain  
*Lead BK Case:* 05-44481  
*Lead BK Title:* DPH Holdings Corp., et al.  
*Lead BK Chapter:* 11  
*Demand:* $1000

*Date Filed:* 09/29/07

*Nature[s] of Suit:* 14 Recovery of money/property - other

**Plaintiff**
-----------------------

**Delphi Corporation, et al.**   represented by **Togut Segal & Segal LLP**  
One Penn Plaza  
Suite 3335  
New York, NY 10119  
212-594-5000  
*LEAD ATTORNEY*

**Eric Fisher**  
Butzel Long, a professional corporation  
380 Madison Avenue  
22nd Floor  
New York, NY 10017  
(212) 374-5359  
Fax : 212-818-1110  
Email: fishere@butzel.com

V.

**Defendant**
-----------------------

**Wagner Smith Company**   represented by **Wagner Smith Company**  
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| | | Adversary case 07-02581. Complaint against Defendant 687A *(Filed Under Seal)*. Nature(s) of Suit: (14 (Recovery of money/property - other)) Filed by Togut Segal & Segal LLP, Jeffrey Milton Traurig on behalf of Delphi Corporation, et al.. |

| | | |
|---|---|---|
| 09/29/2007 | 1 | (Traurig, Jeffrey) (Entered: 09/29/2007) |
| 10/01/2007 | | Receipt of Complaint(07-02581-rdd) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 4449132. Fee amount 250.00. (U.S. Treasury) (Entered: 10/01/2007) |
| 02/29/2008 | 2 | Motion to Amend /(HEARING DATE: 3/19/2008 at 10:00 a.m.; OBJECTION DEADLINE: 3/12/2008 at 4:00 p.m.) Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order with hearing to be held on 3/19/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 3/12/2008,. (Berger, Neil) (Entered: 02/29/2008) |
| 03/31/2008 | 3 | Notice of Proposed Order/ of Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order. (Togut, Albert) (Entered: 03/31/2008) |
| 04/11/2008 | 4 | Motion to Amend /(HEARING DATE: 4/30/2008 at 10:00 a.m.; OBJECTION DEADLINE: 4/23/2008 at 4:00 p.m.) Notice Of Motion And Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order with hearing to be held on 4/30/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 4/23/2008,. (Berger, Neil) (Entered: 04/11/2008) |
| 05/02/2008 | 5 | Notice of Proposed Order/ Notice of Entry Of Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4 (m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order And Post-Confirmation Extension Of Avoidance Action Service Deadline Order. (Berger, Neil) (Entered: 05/02/2008) |
| 11/23/2009 | 6 | Notice of Appearance in Adversary Proceeding filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 11/23/2009) |
| 12/09/2009 | 7 | Letter Requesting Issuance of Summons filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Attachments: # 1 Pleading Complaint# 2 Pleading Order)(Fisher, Eric) (Entered: 12/09/2009) |
| | | |

| | | |
|---|---|---|
| 12/16/2009 | 8 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 2/18/2010 at 10:00 AM at White Plains Office Courtroom TBA, Answer due by 1/15/2010, (Gomez, Jessica) (Entered: 12/16/2009) |
| 01/06/2010 | 9 | Affidavit of Service *as to Wagner Smith Company* (related document(s) 1 , 8 ) filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 01/06/2010) |